IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH D. SEWELL, ) | |
| ) | Civil Action No. 04-85E |
| Plaintiff, ) | |
| ) | District Judge Cohill |
| vs. ) | Magistrate Judge Baxter |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | Electronically Filed |
| ) | |
| Defendant. ) | |

### **O R D E R**

AND NOW, this ____ day of _____, 2005, upon consideration of Defendant United States of America's Motion for Leave to Depose Plaintiff, and any response thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED,** and Defendant shall be permitted to depose Plaintiff on October 5, 2005.

BY THE COURT:

_____
The Honorable Susan Paradise Baxter