**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEITH SEWELL** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 04-85Erie** |
| | ) | **District Judge Cohill** |
| **UNITED STATES OF AMERICA** | ) | **Magistrate Judge Baxter** |
| **Defendant.** | ) | |

**O R D E R**

AND NOW, this 8th day of November, 2005;

IT IS HEREBY ORDERED that Plaintiff show cause before November 15, 2005, for his failure to file his pre-trial statement which was due November 1, 2005. **Failure to respond to this Order will result in the dismissal of this case for failure to prosecute.**

IT IS FURTHER ORDERED that Defendant will have ten days from the date that Plaintiff files his pre-trial statement to file its pre-trial statement. The deadline for filing a motion for summary judgment remains November 21, 2005 as contemplated by the Case Management Order issued July 14, 2005.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE