IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH D. SEWELL, | ) | |
| | ) | Civil Action No. 04-85E |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Baxter |
| vs. | ) | |
| | ) | |
| | ) | Electronically Filed |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME TO
## FILE MOTION FOR SUMMARY JUDGMENT OR PRETRIAL STATEMENT

AND NOW, comes Defendant, United States of America, by and through its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Lee J. Karl, Assistant United States Attorney for the same District, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully moves the Court to issue an Order permitting Defendant to file its Motion for Summary Judgment or Pretrial Statement three (3) weeks after Plaintiff files his Pretrial Statement, and in support thereof avers as follows:

1.      Pursuant to the Court's July 14, 2005 Case Management Order, Plaintiff was to file his Pretrial Statement on or before November 1, 2005, and Defendant would then have three weeks, until November 21, 2005, to file its Motion for Summary Judgment or Pretrial Statement.

2.      Plaintiff missed his November 1, 2005 filing deadline and, on November 8, 2005, the Court issued an Order to Show Cause why Plaintiff missed his deadline. The Court granted Plaintiff until November 15, 2005 to respond to the Show Cause Order.

3.     On November 16, 2005, Defendant received "Plaintiff's Show Cause Response."

4.     Plaintiff, however, has still not filed his Pretrial Statement as instructed by the Court's July 14, 2005 and November 8, 2005 Orders.

5.     Given that Plaintiff has yet to file a Pretrial Statement, Defendant respectfully requests the Court to grant Defendant an extension to file its Motion for Summary Judgment or Pretrial Statement until three (3) weeks after Plaintiff files his Pretrial Statement, as contemplated by the Court's original Case Management Order.

6.     If and when Plaintiff files his Pretrial Statement, Defendant will need time to evaluate Plaintiff's case and fashion an appropriate response.  Defendant's decision to file a Motion for Summary Judgment will depend largely on the contents of Plaintiff's Pretrial Statement.

7.     Defendant also moves for an extension based on the fact that the litigation demands currently being handled by Defendant will prevent Defendant from being able to file a Motion by November 21, 2005.

WHEREFORE, Defendant, United States of America, respectfully requests that

the Court issue an Order permitting Defendant to file its Motion for Summary Judgment or

Pretrial Statement three (3) weeks after Defendant files his Pretrial Statement.

Dated: November 17, 2005                        Respectfully submitted,


                                                MARY BETH BUCHANAN
                                                United States Attorney


                                                s/ Lee J. Karl
                                                Lee J. Karl
                                                Assistant U.S. Attorney
                                                Western District of Pennsylvania
                                                700 Grant Street, Suite 4000
                                                Pittsburgh, PA  15219
                                                (412) 894-7488
                                                PA I.D. No. 87856

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 17th day of November, 2005, a true and correct copy of the

within Motion for Extension of Time was served via first-class U.S. mail upon the following:

> Keith D. Sewell
> Reg. No. 10042-055
> United States Penitentiary
> P.O. Box 1000
> Lewisburg, PA 17837

<div style="margin-left:45%;">

<u>s/ Lee J. Karl</u>
Lee J. Karl
Assistant U.S. Attorney

</div>