IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH D. SEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-85E |
| | ) | |
| v. | ) | Magistrate Judge Baxter |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Electronically Filed |
| | ) | |
| Defendant. | ) | |

**O R D E R**

AND NOW, this ____ day of _____, 2005, upon consideration of Defendant United States of America's Motion for Extension of Time to File Motion for Summary Judgment or Pretrial Statement, it is hereby **ORDERED** that Defendant's Motion is **GRANTED,** and Defendant shall be permitted to file its Motion for Summary Judgment or Pretrial Statement three (3) weeks after Plaintiff files his Pretrial Statement.

BY THE COURT:

_____
The Honorable Susan Paradise Baxter