IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH D. SEWELL, ) | |
| ) | Civil Action No. 04-85E |
| Plaintiff, ) | |
| ) | Judge Cohill |
| vs. ) | Magistrate Judge Baxter |
| ) | |
| ) | Electronically Filed |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

|  |  |
|---|---|
|  | MARY BETH BUCHANAN<br>UNITED STATES ATTORNEY |
| *(signature)*<br>Keith D. Sewell<br>Reg. No. 10042-055<br>United States Penitentiary<br>P.O. Box 1000<br>Lewisburg, PA 17837<br>*Pro se* | s/ Lee J. Karl<br>Lee J. Karl<br>Assistant U.S. Attorney<br>Western District of Pennsylvania<br>700 Grant Street, Suite 400<br>Pittsburgh, PA 15219<br>(412) 894-7488<br>PA ID No. 87856<br>Attorney for Defendant |