IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH D. SEWELL, | ) | |
| | ) | Civil Action No. 04-85E |
| Plaintiff, | ) | |
| | ) | Judge Cohill |
| vs. | ) | Magistrate Judge Baxter |
| | ) | |
| | ) | Electronically Filed |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

AND NOW, this _____ day of _____, 2005, it is hereby **ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE