IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KEITH D. SEWELL,                    )
                                    )        Civil Action No. 04-85E
        Plaintiff,                  )
                                    )        Judge Cohill
        vs.                         )        Magistrate Judge Baxter
                                    )
                                    )        Electronically Filed
UNITED STATES OF AMERICA,           )
                                    )
        Defendant.                  )

## O R D E R

AND NOW, this 28th day of December, 2005, it is hereby **ORDERED**

that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.


BY THE COURT:


_Maurice B. Cohill, Jr._
UNITED STATES DISTRICT JUDGE